# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TODD ALLEN | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 19-3300 |
| CHAD SMITH, *et al.* | : | |

## ORDER

**AND NOW**, this 22nd day of November 2019, upon considering Plaintiff's Motion for appointment of counsel (ECF Doc. No. 3) before the filing of an amended complaint for our review, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for appointment of counsel (ECF Doc. No. 3) is **DENIED** without prejudice.

KEARNEY, J.