# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD ALLEN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-3300** |
| | : | |
| **CHAD SMITH,** *et al.* | : | |

## ORDER

**AND NOW**, this 29th day of April 2020, upon considering the Defendants' Motion to dismiss (ECF Doc. No. 19) remaining unopposed without explanation for over forty-five days, and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 19) is **GRANTED** and:

1. Plaintiff's claims challenging conduct related to his 2009 conviction are dismissed with prejudice;

2. Plaintiff's claims challenging conduct related to his 2017 conviction are dismissed without prejudice should he obtain a favorable termination from the Pennsylvania state courts;

3. The Defendants shall serve a copy of this Order and accompanying Memorandum on Todd Allen at his address on the docket no later than **May 1, 2020** and file a certificate of service confirming compliance no later than **May 4, 2020;** and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**